1

2

3

4

5

6

7 IN THE UNITED STATES DISTRICT COURT

8 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 JASON EARL JONES,                                    1:08-cv-01908-LJO-GSA (HC)

11          Petitioner,                                 ORDER TO SUBMIT APPLICATION
                                                        TO PROCEED IN FORMA PAUPERIS
12      vs.                                             **OR** PAY FILING FEE WITHIN 45 DAYS

13 UNITED STATES MARSHAL'S SERVICE,

14          Respondent.
   _____/

15

16          Petitioner is a state prisoner proceeding pro se.  Petitioner has not paid the $350.00 filing fee,

17 or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

18          Accordingly, IT IS HEREBY ORDERED that:

19          Within forty-five (45) days of the date of service of this order, petitioner shall submit the

20 attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

21 the $350.00 filing fee for this action.  **No requests for extension will be granted without a**

22 **showing of good cause**.  Within sixty (60) days of the date of service of this order, petitioner shall

23 submit a certified copy of his/her prison trust statement for the six month period immediately

24 preceding the filing of the complaint.

25          **Failure to comply with this order will result in a recommendation that this action be**

26      **Dated:**   **December 17, 2008**                    **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE

27

28

-1-